UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                     Case No. 25-CR-08

JASON A. WNUK,

    Defendant.

## NOTICE OF APPEARANCE

The undersigned counsel, Craig S. Powell, of Hart Powell, SC, hereby gives notice to the Court and to the Government of his appointed appearance as counsel for the Defendant, Jason A. Wnuk, in the above-captioned matter.

Dated at Milwaukee, Wisconsin this 23rd day of January, 2025.

                                           Respectfully submitted,

                                           HART POWELL, SC
                                           Attorneys for Defendant

                                  By: */s/ Craig S. Powell*
                                         Craig S. Powell (#1046248)
                                         HART POWELL, SC
                                         735 North Water Street, Suite 1212
                                         Milwaukee, WI 53202
                                         Telephone: (414) 271-9595
                                         Facsimile: (414) 271-3701
                                         Email: cspowell@hartpowell.com

**HART POWELL, SC**
ATTORNEYS AT LAW
735 NORTH WATER STREET
SUITE 1212
MILWAUKEE, WI 53202
(414) 271-9595