UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 25-CR-08

  vs.

SHAWN M. SENTER,

        Defendant.

---

## NOTICE OF APPEARANCE

---

Please take notice that Nicole Masnica of Gimbel, Reilly, Guerin & Brown LLP has been retained by and appears for Defendant Shawn M. Senter in the captioned matter and requests that copies of all pleadings and notice of all proceedings be served upon her via the PACER electronic filing system.

Dated this 27th day of January, 2025.

        Respectfully submitted,

        GIMBEL, REILLY, GUERIN & BROWN LLP

        By: *Electronically Signed By Nicole Masnica*
           NICOLE MASNICA
           State Bar No. 1079819
           Email:  nmasnica@grgblaw.com
        Attorneys for Defendant Shawn M. Senter

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440