UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.              Case No. 25-CR-08

KEVIN M. EISENHAUER,

      Defendant.

---

**NOTICE OF APPEARANCE**

---

  PLEASE TAKE NOTICE that Mastantuono Coffee & Thomas SC and Attorney Claude-Allan Milhomme are hereby retained as co-counsel for the defendant in the above-captioned case.

  Dated this 21st day of February, 2025.

  Respectfully submitted,

  <u>s/ Claude-Allan Milhomme</u>
  Wisconsin Bar No. 1118516
  Attorney for Mr. Eisenhauer
  219 N. Milwaukee St., Ste. 520
  Milwaukee, WI 53202
  P (414) 276-8662
  F (414) 276-8661
  E camilhomme@mctmke.com