UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No.25-CR-08

SHELTON K. THORNTON

        Defendant.

---

**MOTION TO UNSEAL INDICTMENT AS TO DEFENDANT**
**SHELTON K. THORNTON**

---

       The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney, and Katherine M. Halopka-Ivery, Assistant United States Attorney, hereby requests that the indictment in this matter be unsealed as to as to defendant Shelton K. Thornton.

       As grounds therefor, the government states as follows:

1.     Defendant Thornton was charged a sealed indictment returned January 22, 2025. Eight additional defendants were also charged. Six of the other additional defendants are currently unsealed and scheduled for upcoming court appearances. Defendant Li Xing, remain in warrant status but is in state custody at Rikers awaiting an initial appearance in the Eastern District of New York. Another defendant remains out of custody, in warrant status (herein the "unnamed defendant").

2. Defendant Thornton was arrested February 22, 2025, in the Southern District of Florida. He will likely appear for his Rule 5 proceeding February 24, 2025.

3. The unnamed defendant has not been notified of the investigation or indictment and an arrest warrant remains.

The government therefore respectfully Defendant Thornton be unsealed and requests that the rest of this indictment remain sealed until the unnamed defendant is arrested.

Dated at Milwaukee, Wisconsin, this 24th day of February, 2025.

RICHARD G. FROHLING
Acting United States Attorney

By: *s/ Katherine M. Halopka-Ivery*
Katherine M. Halopka-Ivery (Wisconsin Bar No. 1075311)
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-4106
katherine. halopka-ivery@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No.25-CR-08

SHELTON K. THORNTON

        Defendant.

**ORDER TO UNSEAL INDICTMENT AS TO DEFENDANT SHELTON K. THORNTON**

Pursuant to the motion of the United States to unseal the indictment in this matter as to Defendant Shelton K. Thornton. The indictment shall remain sealed as to the other unnamed defendant.

**SO ORDERED** this ____ day of February, 2025, at Milwaukee, Wisconsin.

                                                          _____
                                                          HONORABLE NANCY JOSEPH
                                                          United States Magistrate Judge