UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 25-CR-08

SHELTON K. THORNTON

        Defendant.

---

**ORDER TO UNSEAL INDICTMENT AS TO DEFENDANT SHELTON K. THORNTON**

---

Pursuant to the motion of the United States to unseal the indictment in this matter as to Defendant Shelton K. Thornton. The indictment shall remain sealed as to the other unnamed defendant.

**SO ORDERED** this __24th__ day of February, 2025, at Milwaukee, Wisconsin.

                                        _____
                                        HONORABLE NANCY JOSEPH
                                        United States Magistrate Judge