UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No.25-CR-08

ADHAM B. BLANDIN, a.k.a. "JAX TELLER,"

        Defendant.

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney, and Katherine M. Halopka-Ivery, Assistant United States Attorney, hereby requests that the indictment in this matter be unsealed as to as to all defendants.

As grounds therefor, the government states as follows:

1. Nine defendants were charged a sealed indictment returned January 22, 2025 by a grand jury in the Eastern District of Wisconsin.

2. Seven of the defendants are currently unsealed and scheduled for upcoming court appearances: Kaiyu Huang, Shawn M. Senter, Jason A. Wnuk, Kevin M. Eisenhauer, Shelton K. Thornton, Skylar V. Trumbo, and John W. Perry.

3. Defendant Li Xing, is also unsealed, but remains in warrant status, Defendant Xing is currently in state custody at Rikers awaiting an initial appearance in the Eastern District of New York.

4. Defendant Blandin is currently the only defendant that is sealed. Defendant Blandin has a federal arrest warrant regarding this indictment.

5. Defendant Blandin was notified by case agents on February 24, 2025, regarding his federal arrest warrant.

6. On February 24, 2025, defendant Blandin contacted the Federal Defenders Services in the Eastern District of Wisconsin regarding the indictment and arrest warrant; however, the matter as to defendant Blandin is still sealed.

7. The government has spoken to Attorney John Campion regarding defendant Blandin.

Therefore, the government respectfully requests this indictment be unsealed as to all defendants, specifically defendant Blandin.

Dated at Milwaukee, Wisconsin, this 25th day of February, 2025.

RICHARD G. FROHLING
Acting United States Attorney

By: *s/ Katherine M. Halopka-Ivery*
Katherine M. Halopka-Ivery (WIBN 1075311)
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-4106
katherine. halopka-ivery@usdoj.gov