# United States District Court
## for the
## Eastern District of Wisconsin

_____

2:25-cr-08-JPS-SCD-9
_____

UNITED STATES OF AMERICA,

                                *Plaintiff,*

        v.

ADHAM B. BLANDIN,

                                *Defendant.*

_____

**NOTICE OF APPEARANCE**
_____

  Please be advised that Attorney Lew A. Wasserman, pursuant to applicable provisions of the Criminal Justice Act, will appear for the defendant, Adham B. Blandin, in all matters as to the above captioned case.

  Kindly direct all pleadings, notices, and correspondence (if not filed on ECF) to the address listed below.

  Electronically signed by: Lew A. Wasserman
  _____
  Lew A. Wasserman SBN 1012900
  Attorney for Adham B. Blandin

P.O. Address:
Law Offices of Lew A. Wasserman, S.C.
PO Box 170850
Milwaukee, Wisconsin 53217
(414) 940-0064  Cell
attywasserman@gmail.com