# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE/ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **ADHAM B. BLANDIN** | CASE NUMBER **25-CR-08** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: 1:35 |
| Hearing Held: March 3, 2025 at 1:30 P.M. | Hearing Ended: 1:46 |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
Adham B. Blandin, in person, and by: Lew A. Wasserman         ☑ CJA  ☐ FDS  ☐ RET
U.S. PROBATION OFFICE by: Kasie Kotewa
INTERPRETER: ☑ None   ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☐ Felony

| | | | | |
|---|---|---|---|---|
| Speedy Trial Date: | May 12, 2025 | District Judge: | J. P. Stadtmueller |
| Plea Deadline: | TO BE SET | Bond Judge: | William E. Duffin |
| Final Pretrial Report | TO BE SET | Magistrate Judge: | Stephen C. Dries |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | TO BE SET |
| Jury Trial Date: | TO BE SET | Responses Due: | TO BE SET |
| Trial Length Estimate: | 2 weeks | Replies Due: | TO BE SET |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☑ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
   ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
   Discovery available: 30 days for 1st round

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
   ☐ Granted  ☐ Denied
   ☐ Referred to Stephen C. Dries
☐ Case designated complex
☑ **Counsel Only Scheduling Conference: April 25, 2025 at 9:00 A.M. before Magistrate Judge Stephen C. Dries**

Maximum Penalties:  Ct 1:  IMPRISON: 20 years; FINE: $1 M ; S.R.: 3 years; S.A.: $100 and IMPRISON: up to 10 years; FINE: $500,000; S.R.: 2 years; S.A.: $100.
Count 11:  IMPRISON: 10 years; FINE: 500,000; S.R. 2 years – Life; S.A.: $100.
Count 12:  IMPRISON: 10 years; FINE: $500,000; S.R.: 2 years – Life; S.A.: $100.

GOVT:  Parties had a Scheduling Conference last Friday in front of Judge Dries.  Another conference scheduled 60 days out.  First round of discovery should be available to defense counsel in 30 days.  Will need a flash drive for at least 1 terrabite of information.

☑    Defendant is released on:    ☑ O/R Bond   ☑ *See* Order Setting Conditions of Release

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings