UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                          Case No. 25-CR-008

LI XING, NYSID,

                Defendant.

---

## IN THE MATTER OF THE APPLICATION AND ORDER FOR
## A WRIT OF HABEAS CORPUS FOR PROSECUTION

---

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Otis Bantum Correction Center, 16-00 Hazen Street, East Elmhurst, NY 11370, for the following judicial proceeding:

| | |
|---|---|
| Defendant: | LI XING, USMS #63851-511, DOB: XX/XX/1985 |
| Proceeding: | Arraignment & Plea |
| Date/Time: | March 26, 2025, at 11:00 A.M. |
| Before: | United States Magistrate Judge William E. Duffin |
| | 517 E. Wisconsin Avenue, Room 242 |
| | Milwaukee, Wisconsin |

Respectfully submitted this 5th day of March, 2025.

                                RICHARD G. FROHLING
                                Acting United States Attorney

                                */s/Katherine M. Halopka-Ivery*
                                KATHERINE M. HALOPKA-IVERY
                                Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this __6th__ day of March, 2025.

                                _____
                                HONORABLE WILLIAM E. DUFFIN
                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                    Case No. 25-CR-008

LI XING, NYSID,

                Defendant.

---

## WRIT OF HABEAS CORPUS FOR PROSECUTION

---

To: **WARDEN OR SUPERINTENDENT, OTIS BANTUM CORRECTION CENTER OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

      It is HEREBY ORDERED that you have LI XING, USMS #63851-511, DOB: XX/XX/1985 now detained at the Otis Bantum Correction Center, 16-00 Hazen Street, East Elmhurst, NY 11370, produced under safe and secure conduct, to the Honorable William E. Duffin, United States Courthouse, 517 East Wisconsin Avenue, Room 242, Milwaukee, Wisconsin, commencing on March 26, 2025 at 11:00 A.M. for the purpose of an Arraignment & Plea.

      It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

      WITNESS, The Honorable William E. Duffin, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this 6th day of March, 2025.

                                    GINA M. COLLETTI
                                    Clerk of Court

                    BY:      s/ A. Straub
                                    _____
                                  Deputy Clerk