UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

    *Plaintiff,*

    *v.*

SHELTON THORNTON                           Case No: 2:25CR00008

    *Defendant.*

---

### NOTICE OF APPEARANCE OF JOHN H. BRADLEY

---

PLEASE TAKE NOTICE that Strang Bradley, LLC, by John H. Bradley, has been retained as counsel for Shelton Thornton in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated March 31, 2025.

                                           STRANG BRADLEY, LLC

                                           By:     /s/ John H. Bradley
                                                            John H. Bradley
                                                            Wisconsin State Bar No. 1053124

STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com