UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

SHELTON THORNTON,                            Case No: 2:25CR00008

    *Defendant.*

## NOTICE OF APPEARANCE OF R. RICK RESCH

PLEASE TAKE NOTICE that Strang Bradley, LLC, by R. Rick Resch, has been retained as counsel for Shelton Thornton, in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, April 1, 2025.

                                      STRANG BRADLEY, LLC

                                      By:    /s/ R. Rick Resch
                                                R. Rick Resch
                                                   Wisconsin State Bar No. 1117722
                                             STRANG BRADLEY, LLC
                                             613 Williamson St., Suite 204
                                             Madison, WI 53703
                                             (608) 535-1550
                                             (608) 406-2602    facsimile
                                             Rick@StrangBradley.com