UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   *Plaintiff,*

   v.

SHELTON THORNTON,                          Case No: 2:25CR00008

   *Defendant.*

## NOTICE OF APPEARANCE OF WILLIAM E. GRAU

PLEASE TAKE NOTICE that Strang Bradley, LLC, by William E. Grau, has been retained as counsel for Shelton Thornton in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, April 1, 2025.

                                          STRANG BRADLEY, LLC

                                          <u>/s/ William E. Grau</u>
                                          John H. Bradley
                                             Wisconsin Bar No. 1117724
                                          STRANG BRADLEY, LLC
                                          613 Williamson St., Suite 204
                                          Madison, WI 53703
                                          (608) 535-1550
                                          William@StrangBradley.com