United States District Court
for the
Eastern District of Wisconsin

_____

2:25-cr-08-JPS-SCD-9
_____

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

ADHAM B. BLANDIN,

*Defendant.*

_____

**REQUEST TO APPEAR BY SUBSTITUTE COUNSEL**
_____

      Attorney Lew A. Wasserman, counsel for defendant Adham B. Blandin, requests that at the **Scheduling Conference on April 25, 2025, at 9:00 am,** he be permitted to appear by and through substitute counsel; *i.e.,* a co-counsel appearing for another defendant in this matter. The undersigned avers that at the date and time of the Scheduling Conference, he will be located in the UTC -10:00, where it will be 4:00am, moreover, it is not certain that counsel will have cell reception. Therefore, counsel requests that another attorney kindly appear for Blandin at the Scheduling Conference.

      Electronically signed by: Lew A. Wasserman
_____
      Lew A. Wasserman SBN 1012900
      Attorney for Adham B. Blandin

P.O. Address:
Law Offices of Lew A. Wasserman, S.C.
PO Box 170850
Milwaukee, Wisconsin 53217
(414) 940-0064     Cell
attywasserman@gmail.com