# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | ARRAIGNMENT AND PLEA/ DETENTION HEARING MINUTES |
| **KAIYU HUANG** | CASE NUMBER **25-CR-8** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Tony Byal | Hearing Began: 2:01 PM |
| Hearing Held: April 8, 2025 at 2:00 PM | Hearing Ended: 2:20 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
Kaiyu Huang, via video conference, and by: David S. Bahuriak Jr.    ☐ CJA  ☐ FDS  ☑ RET
U.S. PROBATION OFFICE by: Kasie Kotewa
INTERPRETER: ☐ None   ☑ Sworn: Dianna Lin

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | June 17, 2025 | District Judge: | J.P. Stadtmueller |
| Plea Deadline: | TO BE SET | Bond Judge: | Stephen C. Dries |
| Final Pretrial Report | TO BE SET | Magistrate Judge: | Stephen C. Dries |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | TO BE SET |
| Jury Trial Date: | TO BE SET | Responses Due: | TO BE SET |
| Trial Length Estimate: | 2 weeks | Replies Due: | TO BE SET |

- ☑ Defendant consents to proceed via video
- ☑ Defendant advised of rights
- ☐ Court orders counsel appointed
- ☑ Defendant advised of charges, penalties, and fines
- ☑ Copy of indictment received by defendant
  - ☐ Indictment read   ☐ defendant waives reading
- ☑ Not guilty plea entered by: ☑ defendant  ☐ the court
- ☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: Ready-Need drive from defense
- ☑ Government to disclose grand jury materials one day prior to trial
- ☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Stephen C. Dries
- ☑ Case designated complex
- ☑ Counsel Only Scheduling Conference: 4/25/2025 at 9:00 AM by Telephone before Magistrate Judge Stephen C. Dries

Maximum Penalties:
Count 1: 20 years imprisonment, $1,000,000 fine, 3 years to life SR, $100 SA
Count 13: 10 years imprisonment, $500,000 fine, 2 years to life SR, $100 SA
Count 14: 10 years imprisonment, $500,000 fine, 2 years to life SR, $100 SA
Forfeiture Notice

Parties consent to hold detention hearing.

Government:
- Presumption of detention.
- Discusses history of case.
- Defendant involved in long term drug trafficking across the country. Delivered multiple kilograms to this district and Chicago.

- Was put on notice in March 2022 when co-defendant was arrested. This did not stop defendant in engaging in further controlled buys.
- Admitted to drug trafficking in July 2024 when arrested. Has pending charges in New York.
- Was stopped in South Carolina in 2021 with multiple pounds of marijuana.
- Is not a United States citizen and was scheduled for removal. This did not stop him from drug trafficking across the country.
- Has connections outside the county. Risk of flight.
- Danger to the community by engaging in large scale drug trafficking.

Defense:
- Assessed by Pretrial Services in New York and was recommended for release.
- Recommended conditions include surrender passport, restrict travel, electronic monitoring, etc.
- This is a non-violent offense.
- Has employment history.
- Has family and ties to this community.

Court:
- Presumption of detention.
- Involved in long term drug dealing on semi-national scale.
- Criminal history shows dealing large quantities of drugs in the past.
- Evidence is strong. Includes controlled buys, searches, and admission.
- Engaged in trafficking despite threat of removal from country.
- Conditions of release would not be enough to stop criminal activity.
- Orders defendant detained pending trial.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings

**Bond Status:** ☒ Defendant is ordered detained pending trial. *See* Order of Detention Pending Trial