# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **BOND REVIEW HEARING** (Pretrial Release Violations) |
| v. | CASE NUMBER 25-CR-8 |
| **SKYLAR V. TRUMBO** | |

HONORABLE NANCY JOSEPH, presiding  
Deputy Clerk: Evan R.  
Hearing Held: June 24, 2025, at 3:30pm  

Court Reporter: Liberty  
Hearing Began: 3:34 pm  
Hearing Ended: 3:45 pm  

**Appearances:**
UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery
SKYLAR V. TRUMBO, in person, and by: Joshua D Uller     ☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☒ None ☐ Sworn

☒ Release Status Report to the Court filed on 6/11/2025
☒ Defendant to remain on bond: ☒ with existing conditions of release

GOVERNMENT does not seek detention at this point.
Government reports that the Defendant has not abided by all conditions of release.
Government requests the Court admonish the Defendant and remind the Defendant of their responsibilities.
Government proposes the parties file a status report.
Government does not request an adjourned hearing date.

DEFENSE concurs with the Government.
There are issues with substance abuse in this case.
The case is likely to resolve, removing the uncertainty that leads the Defendant to use substances.
Defendant understands he needs to address his issues with addiction.
Defendant has made phone calls over the last couple days to begin the drug treatment process again.
Defendant has been seeking full time employment while working gig-based jobs in sound production.

COURT hears from the parties.
The Court admonishes the Defendant.
The Court orders that the Defendant enroll in substance abuse treatment and seek full time employment.
All conditions of pretrial release remain in full force and effect as previously ordered.
Pretrial Services to file a Status Update within 30 days.