# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **BOND REVIEW HEARING**<br>**(Pretrial Release Violations)** |
| v. | CASE NUMBER 25-CR-8 |
| **SKYLAR V TRUMBO** | |

---

HONORABLE NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk: Evan R.      Hearing Began: <u>10:43 am</u>
Hearing Held: September 9, 2025, at 10:30 am      Hearing Ended: <u>10:56 am</u>

**Appearances:**
UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
SKYLAR V. TRUMBO, in person, and by: Joshua Uller      ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

---

☑    Release Status Report to the Court filed on 8/28/2025
☑    Defendant to remain on bond: ☑ with existing conditions of release

---

The parties discuss the status of the Defendant's bond.

DEFENSE gives their update.
There have been communication difficulties with the Illinois Probation Officer.
Defendant is gainfully employed at Jiffy Lube.
Defendant's work schedule has conflicted with drug testing.
Arrangements have been made to resolve the warrant.
The parties are in the process of resolving this case.
Defendant's first treatment session is scheduled for today.

GOVERNMENT does not seek detention.
Defendant should not be operating a motor vehicle without a valid license.
Defendant has made minor progress, so detention is not requested at this time.

PRETRIAL SERVICES gives their report.
No new information has been received aside from the gain of employment.

COURT hears from the parties prior to decision.
The Court admonishes the Defendant and reminds them of the conditions they must meet.
The Court orders the Defendant remain on bond with all existing conditions.