UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                           Case No. 25-CR-48

LI XING, a.k.a. "MR. LI,"
KAIYU HUANG, a.k.a. "SKINNY BOY,"
SHAWN M. SENTER, a.k.a. "SHAGGY,"
KEVIN M. EISENHAUER,
SHELTON K. THORNTON,
SKYLAR V. TRUMBO,
JOHN W. PERRY, and
ADHAM B. BLANDIN, a.k.a. "JAX TELLER,"

        Defendants.

---

## PARTIES' MOTION FOR SPEEDY TRIAL FINDING

---

The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery, Assistant United States Attorney, for said district, and defendant, Li Xing, by attorney Todd E. Henry, defendant Kaiyu Huang, by attorney David S. Bahuriak , Jr, defendant Shawn M. Senter, by attorney Nicole M. Masnica, defendant Kevin M. Eisenhauer, by attorneys Leah R Thomas and Claude-Allan Milhomme, defendant Shelton K. Thornton, by attorneys John H Bradley, Randal Richard Resch , II and William Edward Grau, defendant Skylar V. Trumbo, by attorneys Joshua D Uller, defendant John W. Perry, by attorney John S Schiro and defendant Adham B. Blandin by attorney Lew A Wasserman provide the Court with a status of this matter and respectfully move this Court for a finding excluding time from the computation of the speedy trial period in this case,

Speedy Trial finding pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B).

On January 22, 2025, the defendants were indicted by a grand jury in the Eastern District of Wisconsin and charging them multiple counts related to drug trafficking offenses, and firearm arm offenses. ECF No. 1. Between February 20, 2025 and May 19, 2025, the defendants made their initial appearances on the indictment. ECF Nos. 20, 23, 31, 40, 61, 68, and 72. Magistrate Judge Stephen C. Dries issued a scheduling order as to pretrial motions, which was later extended to October 17, 2025. See ECF Nos. 65, 73, 79, and 84. As the defendants did not file any pretrial motions, the case was no longer referred to Magistrate Judge Dries on October 21, 2025.

The parties anticipate that these matters will resolve short of trial. The government has had several discussions and/or meetings with the defendants' attorneys regarding plea negotiations. The government is preparing plea agreements that will be tendered to defense counsels shortly. The parties respectfully request that the Court allow the parties until December 5, 2025, to file either a plea agreement or a status report proposing trial dates that would work for all parties and the witnesses.

This additional time will allow the parties to complete plea negotiations, potentially avoiding costly and time-consuming litigation. The mutual pursuit of a potential resolution to this case by the parties outweighs the interest of the public and the defendants in a speedy trial. *See United States v. Robey*, 831 F.3d 857, 863 (7th Cir. 2016). The parties therefore jointly request that the Court make a finding excluding the intervening time between now and December 5, 2025 from the speedy trial calculation in this matter pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

The undersigned Assistant United States Attorneys are filing this joint status report on behalf of and with approval of the defendants' attorneys, Todd E. Henry, David S. Bahuriak , Jr, Nicole M. Masnica, Leah R Thomas Claude-Allan Milhomme, John H Bradley, Randal Richard Resch , II, William Edward Grau, Joshua D Uller, John S Schiro, and Lew A Wasserman.

Respectfully submitted this 22nd day of October, 2025.

        Richard G. Frohling
        Acting United States Attorney

By:    */s/ Katherine M. Halopka-Ivery*
      Katherine M. Halopka-Ivery
      Assistant United States Attorney
      Office of the United States Attorney
      Eastern District of Wisconsin
      517 East Wisconsin Avenue, Room 530
      Milwaukee, Wisconsin 53202
      Telephone: (414) 297-4106