/Volumes/Common/JPS/1-NICK/CRIMINAL/Orders/Refer for Change of Plea/25-cr-8-JPS-9 - Adham Blandin - Refer for Change of Plea.docx

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ADHAM B. BLANDIN,<br><br>　　　　　　　Defendant. | Case No. 25-CR-8-JPS-9<br><br>**ORDER** |

　　　　On November 21, 2025, the Government filed a single-count Information charging Defendant with violating 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(E), and 18 U.S.C. § 2(a). ECF No. 91. That same day, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to the Information. ECF No. 92. On November 25, 2025, the parties filed an amended plea agreement, correcting the language surrounding the number of counts in the Indictment pertinent to Defendant.[1] ECF No. 93.

　　　　Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, Stephen C. Dries. Magistrate Judge Dries will thereafter issue a report and recommendation to this Court addressing the

---

[1] Specifically, "[t]he defendant has been charged in one count of a fourteen-count indictment . . . " has been corrected to reflect that the Defendant has, in fact, "been charged in three counts of a fourteen-count indictment . . . ." *See* ECF No. 92 at 1; ECF No. 93 at 1.

advisability of accepting Defendant's proposed guilty plea. GEN. L.R. 72(a); FED. R. CRIM. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Dries will schedule the plea colloquy hearing by separate notice.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Stephen C. Dries, who will thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 26th day of November, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge