# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN M. SENTER,

    Defendant.

Case No. 25-CR-8-JPS-3

**ORDER**

On January 22, 2025, the Government filed a fourteen-count Indictment charging Defendant with violating 18 U.S.C. §§ 2(a), 924(c)(1)(A)(i), 922(g)(1), 922(o), 924(a)(2) and 924(a)(8) and 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C), 841(b)(1)(E) and 846. ECF No. 1. On December 5, 2025, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to Counts One and Nine of the Indictment. ECF No. 98.

Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, Stephen C. Dries. Magistrate Judge Dries will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. GEN. L.R. 72(a); FED. R. CRIM. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Dries will schedule the plea colloquy hearing by separate notice.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Stephen C. Dries, who will

thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 5th day of December, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge