# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Stephen C. Dries**, presiding | Deputy Clerk: Katina Hubacz |
| DATE: December 16, 2025 at 2:00 p.m. | Court Reporter: Tom Malkiewicz |
| CASE NO. 25-CR-8 | Time Called: 2:00 p.m. |
| UNITED STATES v. ADHAM B. BLANDIN | Time Concluded: 2:12 p.m. |

PROCEEDING: **CHANGE OF PLEA HEARING**

UNITED STATES by: Katie Halopka-Ivery

PROBATION OFFICER: not present

DEFENDANT: ADHAM B. BLANDIN, in person, and by

ATTORNEY: Lew Wasserman

☒ Information Filed on 11/21/2025
☒ Plea Agreement Filed on 11/25/2025
☒ Waiver of Indictment Signed on 12/16/2025

Defendant sworn. Court questions defendant as to his background and understanding of the plea agreement. Government's offer of proof is in the Plea Agreement. See Attachment A.

Maximum Penalties:
**Count 1** - Imprisonment: up to 10 years; Fine: $500,000; Supervised Release: 2 years-life; Mandatory Special Assessment: $ 100.00.

Plea:  **Guilty**  to Count  **1**  of the Information
☒ Government to dismiss the indictment at the time of sentencing

Court finds defendant competent to enter a plea. Defendant is aware of the nature of the charges and the consequences of his plea, and that this plea is knowing and voluntary. The court will recommend to Judge Stadtmueller that a plea of guilty be accepted and the defendant be adjudged guilty of this offense.

 **X**  Presentence Report ordered - Rule 32 waived in the Plea Agreement

Deadlines:
PSR Disclosure date: **2/17/2026**
Objections due: **2/27/2026**
Responses due: **3/6/2026**
Sentencing date: **3/19/2026 at 8:30 AM before Judge J.P. Stadtmueller in Courtroom 425**