# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Adham B. Blandin, a.k.a. "Jax Teller"<br>*Defendant* | ) ) ) Case No. 25cr08<br>) )<br>) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/16/25

*Defendant's signature*

*Signature of defendant's attorney*

Lew Wasserman
*Printed name of defendant's attorney*

*Judge's signature*

Stephen C. Dries
*Judge's printed name and title*