UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                                        Case No. 25-CR-008

LI XING, et al.,

          Defendants.

---

### UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT

---

The United States of America, by its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery, Assistant United States Attorney, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the following properties from the forfeiture notice of the Indictment filed on January 22, 2025:

    a. approximately $9,600 recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

    b. a Glock 45 9mm, bearing serial number BNWA275, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

    c. a Glock 17M 9mm, bearing serial number BENS974, with a Glock switch, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

    d. a Bersa Thunder 380, bearing serial number G48024, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

    e. a Glock 17 9mm, bearing serial number AUC207, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022; and

    f. a blue/black Model 17C Glock 9mm, bearing serial number EDL252, with a

Glock auto-sear switch and an empty extended magazine, recovered from XX05 South 3rd Street, Milwaukee, Wisconsin, 53207, on March 10, 2022.

I have been informed by the Drug Enforcement Administration that item a has been administratively forfeited and items b through f are in the custody of the Wisconsin Division of Criminal Investigation and will be disposed of through their department procedures. Therefore, it is no longer necessary to pursue the judicial forfeiture of these items.

Dated at Milwaukee, Wisconsin, this 19th day of December, 2025.

                Respectfully submitted,

                BRAD D. SCHIMEL
                United States Attorney

By:    *s/Katherine M. Halopka-Ivery*
        KATHERINE M. HALOPKA-IVERY
        Assistant United States Attorney
        Wisconsin Bar Number: 1075311
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, WI 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: Katherine.Halopka-Ivery@usdoj.gov