

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SKYLAR V. TRUMBO,

    Defendant.

Case No. 25-CR-08

[18 U.S.C §§ 841(a)(1) & 843(b)]

---

## INFORMATION

---

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Beginning in at least January 2021 and continuing until in or about April 2022, in the State and Eastern District of Wisconsin and elsewhere,

**SKYLAR V. TRUMBO**

knowingly and intentionally used a communication facility, namely, a telephone, in facilitating the commission of an act and acts constituting a felony under Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

Dec. 30, 2025
Date

BRAD D. SCHIMEL
United States Attorney