UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No. 25-CR-8

JOHN W. PERRY,

        Defendant.

---

## PARTIES' MOTION FOR SPEEDY TRIAL FINDING

---

      The United States of America, by and through its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery, Assistant United States Attorney, for said district, and defendant, John W. Perry, by attorney Jeffrey W. Jensen Jr. on behalf of John S Schiro, provide the Court with a status of this matter and respectfully move this Court for a finding excluding time from the computation of the speedy trial period in this case, Speedy Trial finding pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B).

      On January 22, 2025, the defendant and eight co-defendants were indicted by a grand jury in the Eastern District of Wisconsin and charging them multiple counts related to drug trafficking offenses, and firearm arm offenses. ECF No. 1. On February 20, 2025, the matter was designated complex by Magistrate Judge Nancy Joseph. ECF No. 20. Between February 20, 2025 and May 19, 2025, all the defendants made their initial appearances on the indictment. ECF Nos. 20, 31, and 72. Magistrate Judge Stephen C. Dries issued a scheduling order as to pretrial motions, which was later extended to October 17, 2025. See ECF Nos. 65, 73, 79, and 84. As none of the

defendants did not file any pretrial motions, the case was no longer referred to Magistrate Judge Dries on October 21, 2025. On October 22, 2025, and December 5, 2025, the parties filed a joint motion and status informing the Court that the parties anticipated the matters would resolve short of trial. See ECF Nos. 87 and 102. Defendants Xing Li, Kaiyu Huang, Shawn Senter, Kevin Eisenhauer, Shelton Thornton, Skylar Trumbo, and Adham Blandin have all filed plea agreements with the Court. See ECF Nos. 92, 93, 95, 98, 99, 101, 117, and 121. Attorney Jensen continues to believe that Perry's matter will resolve without a trial; however, needs additional time given Attorney Schiro's continued medical leave. Attorney Jensen has begun to review the discovery and discuss the plea agreement with Perry but needs additional time to complete his review of the discovery and provide affective counsel to Perry regarding plea negotiations.

The parties continue to believe all these matters will resolve short of trial. The parties respectfully request a short extension to file plea agreements, February 13, 2026. This short extension will allow the Attorney Jensen to complete the review of the discovery in this complex large-scale drug trafficking matter and to execute plea agreements and potentially avoiding costly and time-consuming litigation. The mutual pursuit of a potential resolution to this case by the parties outweighs the interest of the public and the defendants in a speedy trial. *See United States v. Robey*, 831 F.3d 857, 863 (7th Cir. 2016). In the alternative, given discussions with witnesses, the parties' calendars, and the re-evaluated-anticipated return of Attorney Schiro from medical leave, the parties respectfully request any jury trial be scheduled either the week of May 11, 2026 or June 8, 2026.

Regardless, the parties jointly request that the Court make a finding excluding the intervening time between now and February 13, 2026, or the scheduled jury trial from the speedy trial calculation in this matter pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

The undersigned Assistant United States Attorney is filing this joint status report on behalf of and with approval of the defendant's attorneys, Jeffrey W. Jensen Jr., on behalf of John S. Schiro.

Respectfully submitted this 2nd day of January, 2026.

                                      BRAD D. SCHIMEL
                                      United States Attorney

By:   */s/ Katherine M. Halopka-Ivery*
       Katherine M. Halopka-Ivery
       Assistant United States Attorney
       Office of the United States Attorney
       Eastern District of Wisconsin
       517 East Wisconsin Avenue, Room 530
       Milwaukee, Wisconsin 53202
       Telephone: (414) 297-4106