UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                        No. 25-CR-8

SHELTON K. THORNTON, *et al.*,

    *Defendants*.

**UNOPPOSED MOTION TO RESCHEDULE PLEA HEARING FOR SHELTON THORNTON**

Defendant Shelton Thornton requests that the Court reschedule the plea hearing from January 26, 2026, to any date after February 2, 2026. In support of this motion Mr. Thornton offers the following.

1. Mr. Thornton was previously involved in a serious car accident requiring multiple surgeries.

2. As a result of the car accident, Mr. Thornton currently has metal plates screwed into the majority of his ribs on the left side of his body.

3. Mr. Thornton recently received imaging on his chest showing that one of the metal plates screwed into his ribs has broken, and a broken segment of the metal plate and screws has separated from one of his ribs.

4. Mr. Thornton has an appointment with a doctor to address this medical issue on January 26, 2026, the same day his plea hearing is currently scheduled.

5. Thornton's counsel spoke with the AUSA Halopka-Ivery about this motion to

reschedule Mr. Thornton's January 26, 2026, plea hearing. AUSA Halopka-Ivery indicated that she does not oppose this motion.

Mr. Thornton therefore requests that the Court reschedule his plea hearing from January 26, 2026, to any time after the following week, February 2, 2026.

Dated at Madison, Wisconsin January 12, 2026.

Respectfully submitted,

SHELTON THORNTON, *Defendant*

  /s/ John H. Bradley
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722
William E. Grau
  Wisconsin Bar No. 1117724

STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
William@StrangBradley.com