UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

COURT MINUTES

| | |
|---|---|
| HON. **Stephen C. Dries**, presiding | Deputy Clerk: Katina Hubacz |
| DATE: January 27, 2026 at 9:00 a.m. | Court Reporter: Sue Armbruster |
| CASE NO. 25-CR-8 | Time Called: 9:00 a.m. |
| UNITED STATES v. SKYLAR V. TRUMBO | Time Concluded: 9:14 a.m. |

PROCEEDING: **CHANGE OF PLEA HEARING**

UNITED STATES by: Katie Halopka-Ivery

PROBATION OFFICER: not present

DEFENDANT: SKYLAR V. TRUMBO, in person, and by

ATTORNEY: Joshua Uller

☒ Information Filed on 12/30/2025
☒ Plea Agreement Filed on 12/31/2025
☒ Waiver of Indictment Signed on 1/27/2026

Defendant sworn. Court questions defendant as to his background and understanding of the plea agreement. Government's offer of proof is in the Plea Agreement. See Attachment A. Court notes plea agreement signature is quite different than his signature on the waiver of indictment signed today in court. The defendant indicates he signed the plea agreement from his cell phone which accounts for the difference.

**Maximum Penalties:**
**Count 1** - Imprisonment: 4 years; Fine: $250,000; Supervised Release: max 1 year;
Mandatory Special Assessment: $ 100.00.

Plea:   **Guilty**   to Count   **1**   of the **Information**
☒ Government to dismiss the remaining counts at the time of sentencing

Court finds defendant competent to enter a plea. Defendant is aware of the nature of the charges and the consequences of his plea, and that this plea is knowing and voluntary. The court will recommend to Judge Stadtmueller that a plea of guilty be accepted and the defendant be adjudged guilty of this offense.

Govt notes for the record there have been a few release status reports that have been filed. Deft recently tested negative, and it is believed that he will test negative again today. Not seeking any change to bond at this time.

 **X**  Presentence Report ordered - Rule 32 waived in the Plea Agreement

**Deadlines:**
PSR Disclosure date: **3/30/2026**
Objections due: **4/9/2026**
Responses due: **4/16/2026**
Sentencing date: **5/1/2026 at 10:00 a.m. before Judge J.P. Stadtmueller in Courtroom 425**