AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-cr-8 |
| Shelton K. Thornton | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/5/26

*Defendant's signature*

*Signature of defendant's attorney*

William E. Grau
~~John H. Bradley~~ WEG 2-5-26
*Printed name of defendant's attorney*

*Judge's signature*

Stephen C. Dries, Magistrate Judge
*Judge's printed name and title*

Case 2:25-cr-00008-JPS    Filed 02/05/26    Page 1 of 1    Document 138