# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Stephen C. Dries**, presiding          Deputy Clerk: Katina Hubacz

DATE: February 27, 2026 at 2:00 PM          Court Reporter: Jennifer Stake

CASE NO. 25-CR-8          Time Called:  2:03 PM

UNITED STATES v. XING LI          Time Concluded: 2:22 PM

PROCEEDING:     **CHANGE OF PLEA HEARING**

UNITED STATES by: Porchia Lewand for Katie Halopka-Ivery

PROBATION OFFICER: not present

INTERPRETER (**sworn**): Jane Hu

DEFENDANT: XING LI**,** in person, and by

ATTORNEY:  Todd E. Henry

---

☒  Information Filed on 12/19/2025
☒  Amended Plea Agreement Filed on 12/29/2025
☒  Waiver of Indictment executed in Court on 2/27/2026

Defendant sworn. Court questions defendant as to his background and understanding of the plea agreement. Government's offer of proof is in the Plea Agreement. See Attachment A.

**Maximum Penalties:**
**Count 1** - Imprisonment: 20 years; Fine: $1,000,000; Supervised Release: 3 years-life; Mandatory Special Assessment: $100.00.

Plea:  __**Guilty**__  to Count  __**1**__  of the Information
☒ Government to dismiss the indictment at the time of sentencing

Court finds defendant competent to enter a plea. Defendant is aware of the nature of the charges and the consequences of his plea, and that this plea is knowing and voluntary. The court will recommend to Judge Stadtmueller that a plea of guilty be accepted and the defendant be adjudged guilty of this offense.

 __X__  Presentence Report ordered - Rule 32 waived in the Plea Agreement

**Deadlines:**
PSR Disclosure date: **4/28/2026**
Objections due: **5/8/2026**
Responses due: **5/15/2026**
**Sentencing date: 5/29/2026 at 10:00 AM before Judge J.P. Stadtmueller in Courtroom 425**