# LAW OFFICES OF LEW A. WASSERMAN, S.C.

TRIALS AND APPEALS IN WISCONSIN STATE AND FEDERAL COURTS SINCE 1980

PO Box 170850
Milwaukee, Wisconsin 53217

Telephone 414. 940-0064
attywasserman@gmail.com

Hon. J.P. Stadtmueller                                    March 19, 2026
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53217

      Re:    *United States v. Adham Blandin*
            2:25-cr-8-6-JPS

Dear Judge Stadtmueller:

At the conclusion of the Sentencing Hearing on March 19, 2026, I conversed with Mr. Blandin who told me that he did not wish to appeal the conviction or sentence. Per the Court's directive, Mr. Blandin has signed this letter, below, confirming what he orally told me on the day of the hearing. I concur in his decision.

      Sincerely,

      Electronically signed by: Lew A. Wasserman

      Lew A. Wasserman 1019200

I, Adham Blandin, waive and give up my right to appeal the conviction and sentence entered on March 19, 2026.

      Sincerely,

x _____    Date: __3/19/26__ .
Adham Blandin

CC:    ECF filing