

Criminal Defense | Crisis Management

March 19, 2026

The Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

    Re:    *United States v. Kevin Eisenhauer*,
           Eastern District of Wisconsin Case No. 25-CR-08.

Dear Judge Stadtmueller:

This case was in your Court for sentencing on today's date. I write to confirm that I have discussed Mr. Eisenhauer's appellate rights with him, and to advise that Mr. Eisenhauer does not intend to appeal the Court's sentence.

Sincerely,

s/Leah R. Thomas
WI State Bar No. 1087899
Attorney
lthomas@mctmke.com

<u>Client Attestation</u>
I hereby confirm that Attorney Thomas has discussed my rights related to appealing the sentencing with me, and that I do not wish to appeal the Court's sentence.

| | |
|---|---|
| _____ | 3/19/26 |
| Kevin Eisenhauer | Date |

cc:    AUSA Katherine Halopka-Ivery (via efiling)
       Mr. Kevin Eisenhauer (via email)

CRAIG MASTANTUONO | REBECCA M. COFFEE | LEAH R. THOMAS | CLAUDE-ALLAN MILHOMME
ATTORNEYS

MILWAUKEE 219 N. Milwaukee Street, Suite 520 | Milwaukee, WI 53202 | P 414.276.8662 | F 414.276.8661 | W milwaukeecriminallawyers.com
WAUKESHA 741 N. Grand Avenue, Suite 209 | Waukesha, WI 53186 | P 262.422.6999 | F 414.276.8661 | W waukeshacriminallawyers.com